NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 17-437 consolidated with CA 17-436

VINCENT ALEXANDER

VERSUS

CALVIN PAUL WILLIAMS

**********

APPEAL FROM THE
BREAUX BRIDGE CITY COURT
PARISH OF ST. MARTIN, NO. 16-270  C/W NO. 16-260
HONORABLE RANDY P. ANGELLE, CITY COURT JUDGE

**********

CANDYCE G. PERRET
JUDGE

**********

Court composed of Elizabeth A. Pickett, John E. Conery, and Candyce G. Perret, Judges.

AFFIRMED.

**Randy M. Guidry**
**Durio, McGoffin, Stagg & Ackermann**
**P. O. Box 51308**
**Lafayette, LA 70505**
**(337) 233-0300**
**COUNSEL FOR APPELLANT:**
    **Vincent Alexander**

**Calvin Paul Williams**
**417 Martin St.**
**Breaux Bridge, LA 70517**
**(404) 823-7348**
**APPELLEE, In Proper Person**

**PERRET, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Williams v. Alexander*, 17-436 (La.App. 3 Cir. __/__/17), __ So.3d __, the trial court's October 24, 2016 judgment in favor of Calvin Paul Williams and against Vincent Alexander is affirmed in all respects. All costs of this appeal are assessed against Appellant, Vincent Alexander.

> **AFFIRMED.** This opinion is NOT DESIGNATED FOR PUBLICATION. Uniform Rules—Courts of Appeal, Rule 2–16.3.